**Slip Op. 00-101**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

———————————————————————— :
                                                    :
SKF USA INC. and SKF GmbH,          :
                                                    :
         Plaintiffs,                           :
                                                    :
         v.                                       :         Court No. 99-08-00473
                                                    :
UNITED STATES,                           :
                                                    :
         Defendant,                          :
                                                    :
THE TORRINGTON COMPANY,      :
                                                    :
     Defendant-Intervenor            :
————————————————————————:

**JUDGMENT**

   This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, SKF USA Inc. v. United States, 24 CIT ___, Slip Op. 00-28 (March 22, 2000) ("Remand Results"), Torrington's comments to the Remand, and Commerce having complied with the Court's remand, and no other responses to the Remand Results having been submitted by the parties, it is hereby

   **ORDERED** that the Remand Results filed by Commerce on June 20, 2000 are affirmed in their entirety; and it is further

   **ORDERED** that since all other issues have been decided, this case is dismissed.

                                            _____
                                                    NICHOLAS TSOUCALAS
                                                         SENIOR JUDGE


Dated:      August 18, 2000
            New York, New York